# Cooley

Philip M. Bowman
T: +1 212 479 6634
pbowman@cooley.com

October 3, 2023                                                                    **VIA ECF**

The Honorable Naomi Reice Buchwald, United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:**   *Olivet University v. Newsweek LLC et al.*, **Case No. 1:23-cv-05670**

Dear Judge Buchwald:

    We represent Plaintiff Olivet University in this action.  We write to provide a redline comparison of the complaint (ECF No. 1) against the first amended complaint (ECF No. 26).  A redline comparison is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Philip M. Bowman*
Philip M. Bowman