UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                            :

OLIVET UNIVERSITY,                    :

        Plaintiff,        :    Case No. 1:23-cv-05670 (NRB)

v.                          :

                         :    **STIPULATION ~~[AND~~**

NEWSWEEK DIGITAL LLC, NEWSWEEK  :    **~~PROPOSED ORDER]~~**

LLC, NEWSWEEK MAGAZINE LLC ,  :    **SETTING BRIEFING AND**

NEWSWEEK PUBLISHING LLC, NW    :    **EXTENDING TIME TO**

DIGITAL LLC, NW MAGAZINE LLC, NW  :    **ANSWER**

MEDIA HOLDINGS CORP., and NAVEED  :

JAMALI                                   :

        Defendants.
------------------------------------------------------------ x

        **IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel for the parties.

    (1)    Defendants shall file their motion to dismiss by December 20, 2023;

    (2)    Plaintiff shall have until January 19, 2024, to file its opposition to defendants' motion to dismiss;

    (3)    Defendants shall have until February 16, 2024, to file their reply in support of their motion to dismiss; and

    (4)    Defendants' answer, if required, shall be filed fourteen days after the Court rules on Defendants' motion to dismiss, or at such other time as set by the Court.

Dated:  November 30, 2023
           New York, NY

2

| | |
|---|---|
| COOLEY LLP | CAMERON STRACHER, PLLC |
| /s/ *Philip M. Bowman* | /s/ *Cameron Stracher* |
| Philip M. Bowman | Cameron Stracher |
| 55 Hudson Yards | Sara C. Tesoriero |
| New York, NY 10001-2157 | 51 Astor Place, 9th Floor |
| Tel: (212) 479-6000 | New York, NY 10003 |
| Fax: (212) 479-6275 | Tel: (646) 992.3850 |
| pbowman@cooley.com | Fax: (646) 992.4241 |
| | cam@stracherlaw.com |
| *Attorneys for Plaintiff* | sara@stracherlaw.com |
| | *Attorneys for Defendants* |

Dated: New York, New York
       December 1, 2023

SO ORDERED.

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE