UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

OLIVET UNIVERSITY,

        Plaintiff,

   -against-

NEWSWEEK DIGITAL LLC, NEWSWEEK LLC, NEWSWEEK MAGAZINE LLC, NEWSWEEK PUBLISHING LLC, NW DIGITAL LLC, NW MAGAZINE LLC, NW MEDIA HOLDINGS CORP., NAVEED JAMALI, and ALEX ROUHANDEH,

        Defendants.

------------------------------------------------------- X

Case No. 1:23-CV-05670 (NRB)

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Olivet University ("Olivet" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Alex Rouhandeh ("Defendant") in the above-captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: January 19, 2024

Respectfully submitted,

COOLEY LLP

By: _____
Philip M. Bowman
Jorge L. Sarmiento

55 Hudson Yards
New York, New York 10001
Telephone:   (212) 479-6000
Facsimile:    (212) 479-6275
Email:  pbowman@cooley.com
            jsarmiento@cooley.com

*Attorneys for Plaintiff*

**It is so ORDERED.**

Signed at New York, NY on January 23, 2024

_____
Judge Naomi Reice Buchwald
United States District Judge

-2-