**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OLIVET UNIVERSITY,

                Plaintiff,　　　　　　　　23 **CIVIL** 5670 (NRB)

      -v-　　　　　　　　　　　　　　**JUDGMENT**

NEWSWEEK DIGITAL LLC, NEWSWEEK LLC,
NEWSWEEK MAGAZINE LLC, NEWSWEEK
PUBLISHING LLC, NW DIGITAL LLC, NW
MAGAZINE LLC, NW MEDIA HOLDINGS CORP.,
and NAVEED JAMALI,
                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 30, 2024, the Court grants defendants' motion and therefore dismisses the Amended Complaint with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

     April 30, 2024

                                                 **RUBY J. KRAJICK**
                                                  Clerk of Court

                         **BY:**
                                                    **Deputy Clerk**